IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SPRUIELL,<br>           Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, CHICAGO POLICE OFFICERS JERMAINE EVANS, Star #13843, and ANTONIO PHILLIPS, Star #16006,<br>           Defendants. | No. 22-CV-02650<br><br><br><br><br><br>**JURY DEMANDED** |

## COMPLAINT

NOW COMES Plaintiff, WILLIAM SPRUIELL, by and through his attorney, Ari Williams, and complaining of the Defendants, CITY OF CHICAGO; CHICAGO POLICE OFFICERS, ANTONIO PHILLIPS, Star #16006, and JERMAINE EVANS, Star #13843, state as follows:

## INTRODUCTION

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of rights secured by the Constitution and laws of the United States.

## JURISDICTION

1. This action is brough pursuant to the Civil Rights Act, 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution.

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S. C. § 1331 and 1343 (a); the Constitution of the United States.

3. Pendent jurisdiction as provided under 28 U.S.C. § 1367(a).

## PARTIES

4. Plaintiff, William Spruiell, is a citizen of the United States of America, who at all times relevant, resided in Chicago, Illinois.

5. Defendant, Jermaine Evans, #13843, ("Defendant Evans"), was at the time of this occurrence, a duly licensed Chicago Police Officer. He engaged in the conduct complained of in the course and scope of his employment and under color of law. He is sued in his individual capacity.

6. Defendant, Antonio Phillips, #16006 ("Defendant Phillips"), was at the time of this occurrence, a duly licensed Chicago Police Officer. He engaged in the conduct complained of in the course and scope of his employment and under color of law. He is sued in his individual capacity.

7. Defendant Phillips and Defendant Evans, collectively ("Defendant Officers").

8. Defendant, City of Chicago ("City"), is a municipal corporation duly incorporated under the laws of the State of Illinois and is the employer and principal of Defendant Officers.

## FACTS

9. On May 26, 2020, around 1:30 am, Defendant Phillips and Defendant Evans reported to 7204 S. Talman Avenue, in Chicago, IL, responding to a call of shots fired.

10. William Spruiell, along with a group of bystanders, was on the sidewalk near the crime scene when Defendant Evans and Defendant Phillips arrived.

11. Defendant Evans and Defendant Phillips ordered Mr. Spruiell and the other bystanders to leave the scene. Mr. Spruiell backed away and attempted to walk towards his car.

12. Defendant Evans and Defendant Phillips prevented Mr. Spruiell from walking towards his car and continued to yell at Mr. Spruiell to leave the area.

13. Defendant Phillips then took out his baton and shoved Mr. Spruiell by the throat.

14. Defendant Evans grabbed Mr. Spruiell by the hair, and he and Defendant Phillips brought Mr. Spruiell to the ground.

15. Defendants Evans and Phillips proceeded to strike Mr. Spruiell, causing severe bruising and injuries.

16. Defendant Officers then arrested Mr. Spruiell without probable cause. Mr. Spruiell was charged with resisting/obstructing a peace officer and assault.

17. On April 12, 2022, Mr. Spruiell was found not guilty of all charges.

18. The acts of the Defendant Officers were intentional, willful, and wanton.

19. As a direct and proximate result of the unlawful actions of the Defendants, Plaintiff was injured, including pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of his constitutional rights and dignity, interference with normal life, lost time, and attorneys' fees.

## CLAIM FOR RELIEF

20. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

21. The seizure of Plaintiff's person performed willfully and wantonly by Defendant Officers, as detailed above, were in violation of Plaintiff's right to be free from unreasonable searches and seizures under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. § 1893.

22. The actions of Defendant Officers, described above, knowingly cause Plaintiffs to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's rights under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

23. Defendant Officers used excessive and unreasonable force against Plaintiff while and after arresting him and thereby deprived Plaintiff of rights secured by the Fourth Amendment to the Constitution of the United States.

24. The above-detailed conduct by Defendant Officers was extreme and outrageous, exceeding all bounds of human decency.

25. Defendant Officers performed the acts detailed above with the intent of inflicting severe emotional distress or with knowledge of the high probability that the conduct would cause such distress.

26. Defendant City of Chicago is sued in this to the doctrine of *respondeat superior,* in that Defendant Officers performed the actions complained of while on duty and/or in the employ of Defendant City of Chicago, and while acting within the scope of their respective employment.

27. As a direct and proximate result of the above-detailed actions of the defendants, Plaintiff was injured, including the deprivation of their liberty and the taking of their person and property. In addition, the violations proximately cause Plaintiff to suffer, without limitation, pain, suffering, humiliation, emotional distress, mental anguish, exposed him to public scandal and disgrace, and financial loss.

WHEREFORE the Plaintiff, William Spruiell, pursuant to 42 U.S.C. § 1983, demands judgement against the Defendant City and Defendant Officers for compensatory damages, punitive damages, the cost of this action and attorneys' fees and any such other and further relief as this Court deems equitable and just.

**PLAINTFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,

/s/Ari Williams_____
Ari Williams
Attorney for Plaintiff

Ari Williams
**Ari Williams Law, LLC**
ARDC #6330633
4504 S. Cottage Grove
Chicago, IL 60653
T: (312) 504-7640
E: ari@ariwilliams.com